

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00050-CV

_____

IN THE MATTER OF Y.G., A JUVENILE

On Appeal from the 272nd District Court
Brazos County, Texas
Trial Court No. 94-J-2015

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

The appellant, Y.G., has filed a motion with this Court seeking to dismiss her appeal.[1]

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     October 6, 2015
Date Decided:     October 7, 2015

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.